IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Cr. A. No. 99-11-JJF |
| | ) |
| v. | ) |
| | ) |
| COREY MEDLEY, | ) |
| | ) |
| Defendant. | ) |

**AMENDED ORDER**

This 30 day of NOVEMBER, 2006, it is hereby ordered that defendant, Corey Medley's, supervised release period is hereby ended and his probation is terminated effective DECEMBER 1 2006.

IT IS SO ORDERED.

_____
J.

FILED
NOV 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4